IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pough, Duane A | Case Number: 08 B 16435 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 6/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 350.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 326.90 |
| Trustee Fee: | | 23.10 |
| Other Funds: | | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 326.90 |
| 2. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 3,975.20 | 0.00 |
| 4. | Internal Revenue Service | Priority | 7,034.75 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 47.47 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 123.95 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 192.46 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 169.73 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 946.26 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 381.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 604.27 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 15.10 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 48.29 | 0.00 |
| 14. | U S Cellular | Unsecured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | Collection | Unsecured | | No Claim Filed |
| 17. | DuPage County Clerk | Unsecured | | No Claim Filed |
| 18. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 19. | Foster Bank | Unsecured | | No Claim Filed |
| 20. | General Service Bureau, Inc | Unsecured | | No Claim Filed |
| 21. | Sprint | Unsecured | | No Claim Filed |
| 22. | Professional Account Management | Unsecured | | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 26. | Torres Credit | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pough, Duane A | Case Number: 08 B 16435 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 6/26/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 17,002.48 | $ 326.90 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 23.10 |
| | $ 23.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

